# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| 533P12 | State v. Billy Boyett | 1. State's Motion for Temporary Stay (COA12-222) | 1. Allowed **12/21/12** Dissolved the Stay **06/12/13;** See Special Order |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. See Special Order |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. See Special Order |
| | | 4. State's Motion to Deem PDR Timely Filed | 4. See Special Order |
| | | 5. State's Motion in the Alternative to Consider PDR as a PWC | 5. See Special Order |
| | | 6. State's PWC to Review Decision of COA | 6. See Special Order **Beasley, J., Recused** |
| 534P12 | James O. Dixon, II v. Jennifer Brooke Gordon (now McLeod) | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-660) | Denied |
| 556A99-2 | State v. Carlette Elizabeth Parker | Def's PWC to Review Order of Superior Court of Wake County | Denied |